**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| CHARLES W. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : No. 291 EAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| TERESA F. ISABELLA AND 325 S 18TH STREET, LLC | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |

<u>**ORDER**</u>

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.